BRETT L. TOLMAN, United States Attorney (#8821)
CAROL A. DAIN, Special Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUL 14 2008
D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08mj217 WA |
| Plaintiff, | FELONY COMPLAINT |
| vs. | |
| WILLIAM DUFFY, | VIO. 18 U.S.C. § 2113(a) [BANK ROBBERY]. |
| Defendant. | |

Before Paul M. Warner, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

## COUNT I

On July 11, 2008, in the Northern Division of the District of Utah,

**WILLIAM DUFFY,**

the defendant herein, did by force, violence, and intimidation take from the person and

presence of others, employees of Zions Bank, located at 5 North Main Street, Bountiful, Utah, 84010, U.S. Currency, belonging to and in the care, custody, control, management, and possession of said bank, in which the deposits were then and are now insured by the Federal Deposit Insurance Corporation, certificate number 12000054; all in violation of Title 18, United States Code, Section 2113(a).

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

I, John Barrett, being first duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation, currently assigned to the Ogden Resident Agency, Ogden, Utah. I have been an FBI agent for approximately ten years. I am presently assigned to investigate matters to include bank robberies and other violations of Federal law. The information contained herein is based upon my personal knowledge and knowledge gained by, through and from other law enforcement officials, and witnesses who have provided reliable information.

2. This affidavit is being submitted in support of a criminal complaint justifying the arrest of WILLIAM DUFFY.

3. Your affiant has probable cause to believe that WILLIAM DUFFY participated in a bank robbery.

4. On July 11, 2008, at approximately 10:10 am, WILLIAM DUFFY (DUFFY) entered the branch of Zions Bank located at 5 N. Main St., Bountiful, UT, and waited in line without a disguise. When DUFFY approached a teller he produced a robbery

demand note. The victim teller gave DUFFY $2,601.00. DUFFY exited the west doors of the bank.

5. The victim teller informed another bank employee that there had been a robbery and the other employee followed DUFFY. The other employee observed DUFFY remove an outer shirt and get into an automobile. The employee ran after DUFFY as he drove away.

6. As the employee followed DUFFY the employee called 911. While the employee was on the telephone with the 911 dispatcher the employee realized that there was a marked police vehicle one block behind the subject's vehicle. The employee provided the 911 dispatcher with a description of the subject's vehicle. The marked vehicle located the subject's vehicle and made a traffic stop.

7. After backup arrived, uniformed officers approached the subject's vehicle and discovered that the subject was stabbing himself in the chest. Officers used a taser to subdue the subject and he was arrested. The subject was then transported by life flight to the University of Utah hospital.

8. When the subject's vehicle was processed by the Bountiful PD, the following items of evidence were recovered: the demand note; the robbery loot; bait bills and the subjects Idaho driver's license.

9. Based upon your affiant's training and experience and upon the facts and circumstances set forth herein, your affiant has probable cause to believe that WILLIAM DUFFY committed the aforementioned bank robbery on July 11, 2008.

10. Zions Bank funds are and were federally insured.

DATED this 14th day of July, 2008.

JOHN H. BARRETT
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 14th day of July, 2008.

PAUL M. WARNER
United States Magistrate Judge
United States District Court

APPROVED:

BRETT L. TOLMAN
United States Attorney

CAROL A. DAIN
Special Assistant United States Attorney